# Court of Appeals
# of the State of Georgia

ATLANTA,__June 17, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14I0215. GERALD DAVID PALATINI, JR. v. THE STATE.**

On May 13, 2014, the trial court entered an order denying Gerald Palatini's motion to quash indictment. On May 22, 2014, the court certified its order for immediate review. Palatini filed this application for interlocutory appeal on June 3, 2014. We lack jurisdiction.

Pursuant to OCGA § 5-6-34 (b), an interlocutory application must be filed with this Court within ten days of the date a timely certificate of immediate review is entered below. *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995). Because this application was filed 12 days after entry of the certificate of immediate review, it is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__06/17/2014_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*